No. 83–286.  KILLOUGH *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 83–293.  CONWAY ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–378.  BIG SPRING INDEPENDENT SCHOOL DISTRICT ET AL. *v.* GRIFFEN.  C. A. 5th Cir.  Certiorari denied.

No. 83–379.  ESTATE OF GRYDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 83–399.  LOVEDAY ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 83–400.  J. H. RUTTER REX MANUFACTURING CO., INC. *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–415.  HILLER *v.* ALASKA.  Super. Ct. Alaska, 3d Jud. Dist.  Certiorari denied.

No. 83–427.  HALL *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 83–495.  CARROLL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–523.  CUYAHOGA VALLEY HOMEOWNERS & RESIDENTS ASSN. ET AL. *v.* SECRETARY OF THE INTERIOR ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–563.  HENRY S. BRANSCOME, INC., ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–587.  PRUDENTIAL INSURANCE COMPANY OF AMERICA *v.* BENNETT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 83–590.  BAXTER *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.